**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone:   (973) 325-1500
Facsimile:   (973) 325-1501
Cory A. Simmons (161162016)
csimmons@csglaw.com
Attorneys for Plaintiff
*Ameris Bank d/b/a Balboa Capital*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKINGHAM PROPERTIES LLC, and DANIEL LOVENHEIM<br><br>Defendants. | Case No. 3:25-cv-14622-MAS-RLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ameris Bank, a Georgia state-chartered banking corporation doing business as Balboa Capital, through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against all defendants.

Dated: October 24, 2025

**CHIESA SHAHINIAN & GIANTOMASI PC**

By: /s/ Cory A. Simmons
    Cory A. Simmons, Esq.